UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH LELA MOORE, EL,

    Plaintiff,

v.                                    Case No. 13-cv-11291

RICK SNYDER, et al.,

    Defendant.
_____/

**ORDER STAYING DISTRICT COURT PROCEEDINGS, DENYING MOTION TO DISMISS WITHOUT PREJUDICE, AND ADMINISTRATIVELY CLOSING CASE**

On July 18, 2013, the City of Detroit filed a petition for bankruptcy in the Eastern District of Michigan. On November 11, 2013, Defendants in this case filed a "Notice of Pendency of Bankruptcy Case and Application of the Automatic Stay." Defendants assert that, given the issues and parties involved in this matter, it is governed by the Bankruptcy Code's automatic stay, 11 U.S.C. § 362(a). Having reviewed Defendants' filing, the court agrees. Accordingly,

IT IS ORDERED that this court's proceedings are STAYED pending the resolution of Detroit's municipal bankruptcy. *In re Detroit*, 13-53846 (Bankr. E.D. Mich.). For docket clarity, the pending motion to dismiss [Dkt. # 5] is DENIED WITHOUT PREJUDICE to the right of Defendants to file an updated motion, if necessary, when the case is reopened.

IT IS FURTHER ORDERED that the clerk of the court is DIRECTED to close the case for statistical purposes only. Nothing in this order or in the related docket entry

shall be considered a dismissal of this matter. Any party has the right, at any time, to reopen the case upon notice and move to lift the stay for further consideration. The case will be immediately reopened, with all rights preserved as of the date of this order.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 10, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\13-11291.MOORE.Stay.wpd